UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
JOSUE PAGUADA, :
:
:
Plaintiff, :
: 20-CV-9766 (JMF)
-v- :
: ORDER
:
BROKEN ARROW RANCH, INC., :
:
Defendant. :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's Order of November 20, 2020, ECF No. 5, the parties filed a joint status letter on February 2, 2021, in which they indicate that they do not wish to be referred to a Magistrate Judge or the Court-annexed Mediation Program at this time and do not believe there is a need for a conference in the near future, *see* ECF No. 11.  The parties shall promptly inform the Court if they come to believe that a referral to a Magistrate Judge or the Court-annexed Mediation Program would be beneficial.  In any event, **no later than three business days after Defendant files an answer or otherwise responds to the Complaint**, the parties shall file another joint letter providing the information described in the Court's November 20, 2020 Order.

      SO ORDERED.

Dated: February 3, 2021
       New York, New York
                                    JESSE M. FURMAN
                                United States District Judge